Ronald M. Neumann, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Defendant
  *JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURRY MANAGEMENT CORP. and CURRY CORPORATION, <br><br> Plaintiffs, <br><br> - against - <br><br> JPMORGAN CHASE BANK N.A., <br><br> Defendant. | Case No.: |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, defendant JPMorgan Chase Bank, N.A. ("Chase") hereby removes to this Court an action styled *Curry Management Corp. and Curry Corporation v. JPMorgan Chase Bank, N.A.,* Index No. 652268/2022, nominally pending in the Supreme Court of the State of New York, County of New York (the "State Court Action").

In support of this removal, Chase avers:

1.    Pursuant to 28 U.S.C. § 1441(a), Chase may remove a civil action of which the district courts have original jurisdiction to a United States District Court in the district in which a state court action is brought.

2. This Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1332(a). As alleged in the Complaint, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

3. In accordance with 28 U.S.C. § 1446(a), all process and pleadings filed in the State Court Action to date are attached as **Exhibit A**. These documents consist of a Summons and Complaint, dated and filed on May 13, 2022.

4. As set forth in the Complaint, Plaintiffs reside in the State of New York.

5. Chase is a national banking association organized and existing under the laws of the United States with a main office, as set forth in its articles of association, located in Columbus, Ohio. Accordingly, Chase is a citizen of Ohio for the purpose of diversity of citizenship. See Wachovia Bank, National Association v. Schmidt, 546 U.S. 303 (2006).

6. Accordingly, Chase satisfies the diversity of citizenship requirement.

7. The Complaint states that relief is sought in the amount of $1,069,400.12. Pursuant to 28 U.S.C. § 1446(c)(2), "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy …." Accordingly, the amount in controversy threshold is satisfied.

8. Plaintiffs commenced the State Court Action by filing the Summons and Complaint on May 13, 2022. Chase was served on June 8, 2022.

9. The issues raised in the State Court Action have not been joined.

10. This Notice of Removal is timely effected pursuant to 28 U.S.C. § 1446(b).

11. Pursuant to the foregoing, Chase files this Notice of Removal, thereby removing the pending State Court Action to the United States District Court for the Southern District of New York.

12. Pursuant to 28 U.S.C. § 1446(d), a Notification of Removal will be filed in the Supreme Court of the State of New York, County of New York, together with a true and correct copy of this Notice of Removal.

13. WHEREFORE, removing party JPMorgan Chase Bank, N.A. respectfully requests that this action be removed from the Supreme Court of the State of New York, County of New York, to this Court, that this Court accept jurisdiction of this action, and that this action be placed on the docket of this Court for further proceedings, as though this action had been originally instituted in this Court.

Dated: New York, New York
June 15, 2022

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Ronald M. Neumann
Ronald M. Neumann
Attorneys for Defendant
 JPMorgan Chase Bank, N.A.
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

TO: SIMMONS JANNACE DELUCA LLP
Attorneys for Plaintiff
43 Corporate Drive
Hauppauge, New York 11788