# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5350
Rneumann@zeklaw.com

WWW.ZEKLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/22
```

July 19, 2022

*MEMO ENDORSED 7/26/22*

*Proposed schedule for Mtn. to dismiss acceptable to Court. Parties to submit proposed CMP by October 30, 2022.*

*[signature] Colleen McMahon*

**BY ECF**

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Curry Management Corp. and Curry Corporation v.
JPMorgan Chase Bank, N.A.
Case No. 22 Civ 5006 (CM) (JW)
<u>Request to Set briefing Schedule, Extend time for filing Case Management Plan</u>**

Dear Judge McMahon:

    We represent defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced action. Chase intends to move to dismiss the Complaint in lieu of filing an Answer.

    We submit this joint letter request, with counsel for plaintiffs, Curry Management Corp. and Curry Corporation ("Curry" and collectively, with Chase, the "Parties"), to set a motion briefing schedule and to reschedule the date for filing the Case Management Plan ("CMP").

    The Parties propose the following briefing Schedule, which, if adopted, modifies the deadlines contained in Your Honor's Individual Practices and Procedures:

July 29:    Chase to file its motion to dismiss;

Sept. 12:    Curry to file its Opposition;

Sept 30:    Chase to file its Reply.

    We understand that this schedule is longer than is typical for such motions. However, the briefing will take place from July through September, when clients and their counsel will be out of the office during consecutive or overlapping periods.

ZEICHNER ELLMAN & KRAUSE LLP

The Honorable Colleen McMahon
July 19, 2022
Page 2

       This is the first application for the relief requested. This Court previously approved Chase's request, on consent, to extend its time to respond to the Complaint to July 29.

       The Parties also request a new date to submit the CMP. The Scheduling Order dated June 22, 2022, scheduled a telephonic initial conference on November 17, 2022, which will be canceled if the CMP is filed by November 14. The Scheduling Order directs the Parties to fax a completed, signed CMP to the Court within 30 days after the Scheduling Order, which would be July 22.

       The Parties thank the Court for its attention to this request.

       Respectfully submitted,

       /s/ Ronald M. Neumann

RMN:mzg

cc:    Plaintiffs' counsel by ECF

4858-7267-5114, v. 1

NEW YORK | CONNECTICUT | NEW JERSEY | VIRGINIA | WASHINGTON, D.C. | TEL AVIV