# SIMMONS JANNACE DELUCA, LLP
### ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca^
Allison C. Leibowitz
Michael C. Lamendola*

Daniel P. Borbet
Irina Feferman*
Ian E. Hannon
Michael C. Hayes
Thomas J. Jannace
Matthew C. Maloney

Counsel
Susan B. Jannace
Ross M. Chinitz^

*Also Admitted NJ
^Also Admitted CT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2022

November 14, 2022

**VIA ECF**
The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*[Handwritten: Conference adjourned to 12/8/2022 @ 11:00 AM. /s/ Colleen McMahon 11/14/2022]*

Re: Curry Management Corp. and Curry Corporation v.
JPMorgan Chase Bank, N.A.
Civil Action No.: 22-cv-05006

**MEMO ENDORSED**

Dear Judge McMahon:

This office represents Plaintiffs, Curry Management Corp. and Curry Corporation, in connection with the above-referenced matter. Please allow this letter to serve as a joint application to adjourn the Case Management Conference scheduled for November 17, 2022, at 10:15 a.m.

Defendant's pre-answer motion to dismiss Plaintiff's Verified Complaint is currently pending before Your Honor. It is respectfully submitted that the parties will not be in a position to discuss the nature and scope of discovery necessary in this matter until a decision on the motion is rendered. Accordingly, it is respectfully requested that the Case Management Conference be adjourned to a date deemed appropriate by the Court and the deadline to submit a Case Management Plan reset accordingly.

Counsel consents and joins in the entirety of this application as outlined herein. There have been no prior requests to adjourn the Case Management Conference. Thank you for the opportunity to address the Court in this matter.

Very truly yours,

/s/ Michael C. Lamendola

Michael C. Lamendola

MCL:
cc: Counsel of Record via ECF